RECEIVED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE 2014 DEC -8 PM 2:37
WESTERN DIVISION

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

Toni Owens
_____

(Name of plaintiff or plaintiffs)

v.                                    CIVIL ACTION NO._____

Amedisys Hospice
_____

(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, __Toni Owens__
                (name of plaintiff)

is a citizen of the United States and resides at __3256 N Johnson Circle__
                                                    (street address)

__Memphis__          __Shelby__              __TN__
(city)               (country)              (state)

__38112__                        __901-650-5386__
(zip code)                       (telephone number)

Revised 4-18-08

3. Defendant __Amedisys Hospice__
(defendant's name)
lives at, or its business is located at __1355 Lynnfield Bld. B. Suite 120__
(street address)

4. Plaintiff sought employment from the defendant or was employed by the defendant at __1355 Lynnfield Bld. B- Suite 120__
(street address)
__Memphis__  __Shelby__  __TN__  __38119__
(city)   (country)   (state)   (zip code)

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about __15__  __March__  __2013__
(day)   (month)   (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about __20__  __March__  __2013__.
(day)   (month)   (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about __20__  __March__  __2013__.
(day)   (month)   (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on __Sept 30  9  2014__. (Attach a copy of the notice to
__12/1/14__ (day) (month) (year)
this complaint.)

9. Because of plaintiff's  (1) ✓ race, (2) ✓ color, (3) ___ sex, (4) ___ religion, (5) ___ national origin, defendant

    (a) ___ failed to employ plaintiff.

    (b) ✓ terminated plaintiff's employment.

    (c) ___ failed to promote plaintiff.

    (d) ___ _____

Revised 4-18-08

10. The circumstances under which defendant discriminated against plaintiff were as follows: Their are or was 3 RN Case managers at the time A. White and a hispanic male. the female was white. and we were all on the computer which was new to the company. when the white female Rn and myself went to the Nursing home or a Care home where there was more then one patient we got the computer Signature page signed first and then we went to see the patients next. So the Computer Signature page might say 12pm, 12:01 pm, 12:02 pm for third page. then when we say the patient the visit note might say 12:30 pm - 1pm, 1pm - 1:30 pm, 1:30 pm - 2pm and so on until all the patients was Covered. the unemployment office granted me my unemployment once I appealed and gave me reason the times did not match and I have that letter

11. The acts set forth in paragraph 9 of this complaint

 (a) ____ are still being committed by defendant.

 (b) ____ are no longer being committed by defendant.

 (c) _X_ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

 (a) ____ Defendant be directed to employ plaintiff, or

 (b) ____ Defendant be directed to re-employ plaintiff, or

 (c) ____ Defendant be directed to promote plaintiff, or;

 (d) _X_ Defendant be directed to pay plaintiff for all missed work and clear my Record and take the termination from my files

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13. I would like to have my case tried by a jury. Yes ( ) No ( )

_____
SIGNATURE OF PLAINTIFF

Revised 4-18-08